LOVETT *et al. v.* THE STATE.

SIMMONS, C. J.  No error of law was complained of, and the evidence warranted the verdict.  *Judgment affirmed.  All the Justices concurring.*

Argued October 21, — Decided November 6, 1901.

Indictment for riot.  Before Judge Adams.  City court of Dublin.  June term, 1901.

*Faircloth & Blount* and *James K. Hines,* for plaintiffs in error. *F. G. Corker, solicitor,* contra.

---

TURNER *v.* THE STATE.

While proof that an accused was found recently after a larceny in the possession of stolen goods is a circumstance from which the presumption of guilt arises, sufficiently strong to authorize a conviction, yet where the evidence shows such possession not to have been recent, and the articles stolen to be of such a nature that they could readily have passed from hand to hand, a presumption of guilt still arises, but it is not, without other evidence, sufficient to sustain a conviction.

The trial judge erred in overruling the motion for a new trial.

Argued October 21, — Decided November 6, 1901.

Indictment for larceny from the house.  Before Judge Harris. City court of Cartersville.  June 11, 1901.

*James B. Conyers,* for plaintiff in error. *Samuel P. Maddox, solicitor-general,* contra.

LITTLE, J.  Levi Turner was charged with the offense of larceny from the house, in stealing from the gin-house of W. H. Griffin and R. E. Griffin two carpenters' planes.  On arraignment he pleaded not guilty, and substantially the following evidence was introduced on behalf of the State :  W. H. Griffin testified that his brother and himself, composing the firm of Griffin Brothers, did a ginning as well as a mercantile business at Kingston, Ga.  About three months before the trial, which was had on September 10; 1900, witness, in company with another, went to the house of defendant to search for some stolen corn, and while searching his smoke-house witness found the two patent planes, which he identified, upon a shelf therein.  One was a small plane and the other a large